### ESPERANZA COLON *v.* FIRST NATIONAL SUPERMARKETS, INC.
### (14136)

Dupont, C. J., and Lavery and Heiman, Js.

Submitted on briefs December 14, 1995—decision released January 23, 1996

*Gerald T. Giaimo* filed a brief for the appellant (plaintiff).

*Graig A. Fontaine, Paul T. Edwards* and *Christopher J. Coxon* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.